IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-01450-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ROY HOODENPYLE,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE,
ENTERING JUDGMENT IN FAVOR OF PLAINTIFF**

---

    This matter is before the Court on Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 42) that judgment be entered in favor of Plaintiff on both of Plaintiff's causes of action.  The Recommendation is incorporated herein by reference and dated April 16, 2013.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 42, at 4-5.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.")[1] [2]

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 42) is ADOPTED in its entirety;

(2) The Clerk of the Court is DIRECTED to enter Judgment in favor of Plaintiff.

Dated this 6th day of June, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge

---

[1] With respect to the liens sought to be expunged by Plaintiff, the Magistrate Judge noted that Defendant stated in his filing (ECF No. 41.) "give[s his] permission to grant the striking and removal of these Documents in this case." (ECF No. 42 at 3.) It was further stated: "In light of Defendant's request in the Response [#41] to strike the relevant documents and liens on the above-named individuals, the Court recommends that judgment be entered in favor of Plaintiff on Plaintiff's first cause of action and that an order be issued declaring such liens to be invalid and expunged by the Colorado Secretary of State's Office." (*Id.* at 3.)

[2] With respect to the permanent injunction, the Magistrate Judge noted that Defendant pledged in his filing that "[U]pon my release, there [will] never be any involvement in filing on any Federal Agency, agents, person[ne]l or be involved in any person, groups, or organizations [sic]." (ECF No. 42 at 4-5.)